# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12CR0654-JLS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| ELADIO CRUZ (1) | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  Remand U.S. Court of Appeals, Previously Imposed Sentence is Hereby Set Aside and Vacated, and

\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

**X**  the Court has dismissed the Indictment with prejudice; or

\_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_  the Court has granted the motion of the defendant for a judgment of acquittal; or
\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) as charged in the Indictment:

8 USC 1326 Attempted re-entry after deportation.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

Dated: 2/26/2016

Hon. Janis L. Sammartino
United States District Judge